**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-1173**

─────────────

BRIAN E. PELTIER,

            Plaintiff - Appellant,

        v.

JOBE C. METTS, MD; MUSC; TENET SOUTH CAROLINA, d/b/a East
Cooper  Regional  Medical  Center;  UNIVERSITY  MEDICAL
ASSOCIATES; J. C. NICHOLSON, JR., Circuit Court Judge State
of SC; FLORIDA MEDICAL DEVELOPMENT, INCORPORATED; SANDRA J.
SENN; ROBIN L. JACKSON; THE LAW FIRM OF SANDRA J. SENN;
ROBERT H. HOOD, JR.; HOOD LAW FIRM, LLC; LINDSAY K. SMITH-
YANCEY; DOUGLAS PRATT-THOMAS; THE LAW FIRM OF PRATT-THOMAS
WALKER; HUGH W. BUYCK; DARREN K. SANDERS; ALL DEFENDANTS
INSURANCE COMPANIES, tbd at discovery phase of this trial;
THOMAS E. KEENE, MD; RHONDA RICHARDSON, MUSC affiliation;
SOUTH CAROLINA BUDGET AND CONTROL BOARD,

            Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:09-cv-00044-DCN)

─────────────

Submitted:  July 30, 2009            Decided:  August 3, 2009

─────────────

Before MOTZ, KING, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Brian E. Peltier, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian E. Peltier appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Peltier v. Metts, No. 2:09-cv-00044-DCN (D.S.C. Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED